UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WILLIE JAMES RICHARDSON, JR., | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-00247 |
| | § | |
| BOLIVAR OFFSHORE SERVICES, | § | |
| LLC and LUHR BROS., INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On May 28, 2020, Defendant Bolivar Offshore Services, LLC's Motion for Partial Summary Judgment (the "Motion") was referred to United States Magistrate Judge Andrew M. Edison for report and recommendation. *See* Dkt. 33. On July 14, 2020, Judge Edison filed a Memorandum and Recommendation (Dkt. 47) recommending that the Motion (Dkt. 33) be **DENIED** in part and **GRANTED** in part.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. The court accepts Judge Edison's Memorandum and Recommendation (Dkt. 47) and adopts it as the opinion of the court.

2

Accordingly, the Motion (Dkt. 33) is **DENIED** in part and **GRANTED** in part. Specifically, summary judgment is granted in favor of Bolivar Offshore Services, LLC, on Richardson's unseaworthiness claim and denied as to Richardson's negligence claim.

Signed on Galveston Island on the 3rd day of September, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE